IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD WAYNE EDMOND, #579280, Petitioner, | ) ) ) ) | |
| v. | ) ) | 3:08-CV-2041-K |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | ) ) ) ) ) ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

The correspondence filed on April 22, 2009, which the Court construes as objections are **OVERRULED**. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge and are adopted as the Findings and Conclusions of the Court.

SO ORDERED.

Signed April 27th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE